COM.

v.

**FITCHETT, K.**

**3307 EDA 2015**

Superior Court of Pennsylvania.

04/25/2017

CP–51–CR–0015723–2013
(Philadelphia)

Affirmed

**WELLS FARGO BANK, N.A.**

v.

**ENGLER, D.**

**200 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

No. 7586–CV2011
(Monroe)

Remanded Jurisdiction Retained

COM.

v.

**WYNDER, L.**

**306 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

CP–51–CR–0004528–2014
(Philadelphia)

Affirmed

**IN the INTEREST OF: D.D., a Minor**

**613 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

Reargument Denied 6/16/2017

CP–51–JV–0000101–2016
(Philadelphia)

Reversed